**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Matthew D Muller
Kerosky Purves and Bogue
785 Market Stret   15th Floor
San Fra~~ncisco~~

NIXIE          941037034-1N          08/08/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

RETURN TO SENDER

RETURN TO SENDER

Case: 2:14mc00467   Doc: 1

Matthew D Muller
Kerosky Purves and Bogue
785 Market Stret   15th Floor
San Francisco, CA 94103

------------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Message-Id:<17840994@cacd.uscourts.gov>Subject:Activity in Case 2:14-mc-00467-GHK Muller Order to Show Cause -- attorney discipline Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 7/17/2014 at 4:21 PM PDT and filed on 7/17/2014

| | |
|---|---|
| **Case Name:** | Muller |
| **Case Number:** | 2:14-mc-00467-GHK |
| **Filer:** | |
| **Document Number:** | 1 |

Docket Text:
ORDER TO SHOW CAUSE by Judge George H. King. ORDER a response to this Order to Show Cause shall be submitted within 30 days of this order as outlined in this order. FURTHER ORDERED if the attorney fails to respond within the time specified an order of suspension shall issue.(nl)

**2:14-mc-00467-GHK Notice has been electronically mailed to:**
Matthew D Muller    mmuller@youradvocate.net
**2:14-mc-00467-GHK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of <br><br> Matthew D Muller <br><br> California State Bar # 275832 | CASE NO: 2:14-mc-00467-GHK <br><br> ORDER TO SHOW CAUSE |

     This Court has received notice that the attorney named above has been suspended from the practice of law by the Supreme Court of California or the California State Bar Court, effective July 2, 2013. Accordingly, the attorney named above is HEREBY ORDERED TO SHOW CAUSE, in writing, within 30 days of the date of this order, why he or she should not be suspended from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

     If the attorney does not contest the imposition of a suspension from this Court or does not respond to this order to show cause within the time specified, the Court shall issue an order of suspension. A response to this order to show cause must make the showing required in Local Rule 83-3.2. In addition, at the time a response is filed, the attorney must produce a certified copy of the entire record

-1-

from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice. *See* Local Rule 83–3.2.3.

A response to this order to show cause and any related documentation may be filed electronically, in accordance with the Court's local rules, or manually, at the U.S. Courthouse, 312 N. Spring Street, Room G–8, Los Angeles, California 90012, Attn: Civil Intake. All documents filed must include the case number in the caption.

Unless stated otherwise by order of the Court, an attorney who has been suspended from the Bar of this Court because of a suspension by the Supreme Court of California or the California State Bar Court will be reinstated to the Bar of this Court upon proof of reinstatement as an active member in good standing in the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: July 17, 2014

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE