**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

14-mc-467

NOT KNOWN
RETURN TO SENDER

Matthew D Muller
Kerosky Purves and Bogue
785 Market Stret   15th Floor
San Francisco, CA 94103

```
NIXIE        941038006-1N          10/03/14
        RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
        RETURN TO SENDER
```



RETURN TO SENDER

RETURN TO SENDER

RETURN TO SENDER

GHK

Case: 2:14mc467   Doc: 4

Matthew D Muller
Kerosky Purves and Bogue
785 Market Stret   15th Floor
San Francisco, CA 94103

------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
Matthew D Muller
Kerosky Purves and Bogue
785 Market Stret 15th Floor
San Francisco CA 94103
--Case Participants: Judge George H. King (crd_king@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<18134464@cacd.uscourts.gov>Subject:Activity in Case 2:14-mc-00467-GHK Muller Order of Disbarment/Suspension Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 9/10/2014 at 4:24 PM PDT and filed on 9/10/2014

| | |
|---|---|
| **Case Name:** | Muller |
| **Case Number:** | 2:14-mc-00467-GHK |
| **Filer:** | Matthew D Muller |

**WARNING: CASE CLOSED on 09/10/2014**

| | |
|---|---|
| **Document Number:** | 4 |

Docket Text:
ORDER OF DISBARMENT/SUSPENSION by Judge George H. King that Matthew D Muller be suspended from the practice of law in this Court. (Case Terminated.)(nl)

2:14-mc-00467-GHK Notice has been electronically mailed to:
2:14-mc-00467-GHK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :
Matthew D Muller
Kerosky Purves and Bogue
785 Market Stret 15th Floor
San Francisco CA 94103

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>Matthew D Muller<br><br>California State Bar # _275832_ | CASE NO: 2:14-mc-00467-GHK<br><br>ORDER OF SUSPENSION |

    On July 17, 2014, the Court issued an Order to Show Cause why the attorney named above should not be suspended from the Bar of this Court, pursuant to Local Rule 83-3.2, as a result of his or her suspension by the Supreme Court of California or the California State Bar Court. A written response to the Order to Show Cause was due thirty days from the date the Order was issued. The Court has received no response that contests the imposition of discipline.

    IT IS THEREFORE ORDERED that the attorney named above is hereby suspended from the practice of law in this Court pursuant to Local Rule 83-3.2.1.

    As provided by Local Rule 83-3.2.4, the attorney suspended by this Order will be reinstated to the Bar of this Court upon proof of his or her reinstatement as an active member in good standing with the State Bar.

    An attorney registered to use the Court's Electronic Case Filing System

(ECF) who is suspended by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: September 10, 2014

                                            GEORGE H. KING
                                   CHIEF UNITED STATES DISTRICT JUDGE